IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELLEN R. LEVY GRAY and SCOTT :
W. GRAY,
    Plaintiff

v.     :     CIV. NO. AMD 02-636

RITE AID CORPORATION,
    Defendant

...oOo...

ORDER

For the reasons stated in the foregoing Memorandum, it is this 19th day of March, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That plaintiffs' "Request for Remand" is GRANTED and this case is REMANDED TO THE CIRCUIT COURT FOR BALTIMORE COUNTY; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this order and the foregoing memorandum to all counsel and CLOSE THIS CASE.

_____
ANDRE M. DAVIS
United States District Judge

